IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY ANN WOLFE, | No. 3:21-CV-02119 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| CATHOLIC CHARITIES OF ALLENTOWN, PA, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 21, 2022**

Beverly Ann Wolfe filed this complaint, pursuant to 18 U.S.C. § 241, alleging that Defendants violated her rights when she was denied a hotel voucher for use in Luzerne County, Pennsylvania.[1] On February 17, 2022, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending that this Court dismiss with prejudice Wolfe's complaint.[2] No timely objections to the Report and Recommendation have been filed.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the

---

[1] Doc. 1.
[2] Doc. 7.
[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Arbuckle's conclusions that Wolfe has failed to state a claim upon which relief may be granted, and that any amendment would be futile. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 7) is **ADOPTED**;

2. Wolfe's complaint (Doc. 1) is **DISMISSED** with prejudice; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.